JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HUMBERTO MORALES, et al. | Case No. 2:23-cv-09300-AB-PVC |
|---|---|
| Plaintiffs, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| WINCO HOLDINGS, INC., et al., | |
| Defendants. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 9, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.